IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CV-558-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) ORDER DIRECTING ENTRY OF ) DEFAULT JUDGMENT ) |
| THE PARADISE NETWORK, INC. f/k/a THE PARADISE NETWORK (TPN) of NORTH CAROLINA, INC | ) ) ) ) |

This action is pending on the motion of the plaintiff pursuant to Rule 54(b) of the Federal Rules of Civil Procedure to enter a default judgment against the above named defendant. The record reflects that the defendant was properly served and has not pled within the time provided, and that there is no reason for delay in entering judgment. Based on the complaint and the affidavit filed in this case, this court finds that the United States is entitled to treble damages plus penalties in the amount of $7,000.00.

IT IS THEREFORE ORDERED, that the Clerk of Court shall enter Default Judgment against the said defendant in the amount of $7,000.00 plus interest after the date of judgment at the judgment rate of 0.46%.

This the 13th day of July, 2009.

JAMES C. FOX
Senior United States District Judge